UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| HENRY L. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:03 CV 348 |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE AMENDED ANSWER**

Defendant, CSX Transportation, Inc. ("CSXT"), by counsel, pursuant to FED. R. CIV. P. 15(a), moves the Court for leave to file an Amended Answer.  In support of this Motion, the Court is shown the following:

1.     CSXT's original Answer was filed on November 14, 2003.

2.     Plaintiff's deposition was taken on April 26, 2004 and the case was mediated on June 15, 2004.

3.     Subsequent to the filing of its original Answer, and, indeed, subsequent to the mediation session of June 15, 2004, CSXT obtained additional medical records which leads it to believe that it has an additional affirmative defense that Plaintiff's action is barred by the statute of limitations.

4.     CSXT's proposed Amended Answer is attached hereto as Exhibit A.  The only change from CSXT's original answer is to add as a Seventh Defense that Plaintiff's action is barred by the statute of limitations.

/s/ Bruce A. Hugon
Bruce A. Hugon
STUART & BRANIGIN LLP
8888 Keystone Crossing, Suite 640
Indianapolis, IN 46240
Telephone:  (317) 574-7245
Telecopier:  (317) 574-7050
E-mail:      bah@stuartlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 26, 2004, I served the foregoing Motion for Leave to File Amended

Answer upon counsel of record by depositing a copy in the United States mail, postage prepaid,

addressed to:

Daniel W. Pisani
Harrington, Thompson, Acker
 & Harrington, Ltd.
E-mail: htah@harringtonlaw.com

/s/ Bruce A. Hugon
Bruce A. Hugon

351961.1