IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| **HENRY L. WILLIAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO. 1:03 CV 348** |
| | ) | |
| **CSX TRANSPORTATION, INC.,** | ) | **Judge Theresa L Springmann** |
| | ) | |
| | ) | **Magistrate Judge Roger B. Cosbey** |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties, Henry L. Williams, Plaintiff, and Defendant, CSX Transportation, Inc., by their respective counsel, for their Stipulation of Dismissal state that the parties have reached agreement on all issues and hereby stipulate to a dismissal with prejudice of all of the Plaintiff's claims with each party bearing its own costs.

Wherefore, the parties respectfully request that the Court enter an Order dismissing this action with prejudice as to all of the Plaintiff's claims with all parties being their own costs.

Respectfully Submitted,

| | |
|---|---|
| /s/ Laurence C. Acker | /s/ Barry L. Loftus |
| Laurence C. Acker | Barry L. Loftus |
| Harrington, Thompson, Acker & Harrington, Ltd. | Stuart & Branigin, LLP |
| 310 South Michigan Avenue | 300 Main Street, Suite 900 |
| Suite 2000 | P.O. Box 1010 |
| Chicago, IL 60604 | Lafayette, IN 47902-1010 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

1

**CERTIFICATE OF SERVICE**

      I certify that on the 4th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Daniel W. Pisani
    Robert E. Harrington, Jr.
    Laurence J. Acker
    Patrick J. Harrington
    Harrington, Thompson, Acker & Harrington, Ltd.
    310 South Michigan Avenue, Suite 2000
    Chicago, Illinois 60604

                                                            /s/ Barry L. Loftus
                                                            Barry L. Loftus

400302.1